USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/29/2020

# Abdul Hassan Law Group
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

**Abdul K. Hassan, Esq.**
Email: abdul@abdulhassan.com
*Employment and Labor Lawyer*

Tel: 718-740-1000
Fax: 718-740-2000
Web: www.abdulhassan.com

December 28, 2020

**Via ECF**

Hon. Analisa Torres, USDJ
United States District Court, SDNY
40 Foley Square,
New York, NY 10007

<u>Re: Caltempa Molina v. Buena Vista Tortillas Corp. et al</u>
Case No: 20-CV-04925 (AT)(KHP)
**Motion for Extension of Time**

Dear Judge Torres:

My firm represents plaintiff Maricela Caltempa Molina ("Plaintiff" or "Molina") in the above-referenced action, and I respectfully write to seek a brief one-week extension of the deadline for Plaintiff to file her motion for settlement approval. This request is being made because some additional time is needed to finalize the papers and process. No prior request for an extension of this deadline was made.

We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

/s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**cc:     Defense Counsel via ECF**

GRANTED. By **January 5, 2021**, Plaintiff shall file her motion for settlement approval.

SO ORDERED.

Dated: December 29, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge