**MEMO ENDORSED**

# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

| | |
|---|---|
| **Abdul K. Hassan, Esq.** | Tel: 718-740-1000 |
| Email: abdul@abdulhassan.com | Fax: 718-740-2000 |
| *Employment and Labor Lawyer* | Web: www.abdulhassan.com |

March 10, 2021

**Via ECF**

Hon. Katherine H. Parker, USMJ
United States District Court, SDNY
40 Foley Square,
New York, NY 10007

> **In light of the parties' representation that they have settled this matter, the Status Conference previously scheduled for March 11, 2021 is hereby adjourned sine die. The Clerk of Court is directed to close this case.**
>
> SO ORDERED:
> /s/ Katharine H. Parker
> HON. KATHARINE H. PARKER
> UNITED STATES MAGISTRATE JUDGE
> 03/11/2021

Re: **Caltempa Molina v. Buena Vista Tortillas Corp. et al**
    Case No: 20-CV-04925 (KHP)
    **Motion to Adjourn Conference and Status Report**

Dear Magistrate-Judge Parker:

My firm represents plaintiff Maricela Caltempa Molina ("Plaintiff" or "Molina") in the above-referenced action, and I respectfully write to notify the Court that the settlement checks were received by my office. As such, the March 11, 2021 hearing is no longer necessary, and the case can be dismissed – we appreciate the Court's time and attention to this matter which was instrumental in securing the settlement payments.

We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**cc:** Defense Counsel via ECF

1